# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130027

GERALD T. SLOAN,
          Plaintiff/Counter-
          Defendant-Appellant,

v

SC: 130027
COA: 254371
Oakland CC: 2002-045806-CK

CITY OF MADISON HEIGHTS,
          Defendant/Counter-
          Plaintiff-Appellee.

_____/

      On order of the Court, the application for leave to appeal the October 27, 2005 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the decision of the Court of Appeals and REINSTATE the orders of the Oakland Circuit Court granting summary disposition in favor of the plaintiff. The plain language of the collective bargaining agreement that provided health insurance to "retirees and their spouses" did not limit spousal coverage to the person who was the retiree's spouse at the time of retirement or at the time of the agreement's expiration.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2006

Clerk

d0315